```
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF FLORIDA

                                CASENO.09-81292-CIV-DIMITROULEAS
                                MAGISTRATE JUDGE P. A. WHITE

JULIUS EGGLETON,            :

        Plaintiff,          :

v.                          :       REPORT OF
                                    MAGISTRATE JUDGE
OFFICER JACKSON,            :       (DE#s 87, 89, 91, 93 &95)
et al.,
        Defendants.         :
_____
```

This Cause is before the Court upon the Motions to Dismiss the amended complaint or strike punitive damages filed by Defendants Conde (DE#87), Walker (DE#89), Byrd (DE#91), Armour (DE#93), and Smith (DE#95).

The plaintiff filed an amended complaint in which he seeks punitive damages. The defendants argue that the plaintiff failed to seek these damages in his initial prayer for relief and that he has not demonstrated that he is entitled to these damages.

An award under §1983 for punitive damages is granted "only if the official conduct is 'motivated by evil intent', or demonstrates 'reckless or callous indifference' to a person's constitutional rights". See: Sockwell v Phelps, 20 F.3d 187, 192 (5th Cir. 1994). Even if the evidence justifies an award of punitive damages, it remains within the trier of fact's discretion to make such an award.

At this early stage of the proceedings, it cannot be determined whether the plaintiff will be successful in his suit, and whether he is entitled to punitive damages.

It is therefore recommended that the defendants' motions to strike the plaintiff's claims for punitive damages be denied without prejudice to renew at a later date. (DE#s 87, 89, 91, 93 and 95).

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 3rd day of January, 2011

                                              UNITED STATES MAGISTRATE JUDGE

cc:   Julius Eggleton, Pro Se
       DC #184064
       South Bay Correctional Facility
       Address of record

       Benjamin Bedard, Esq.
       Roberts Reynolds Bedard & Tuzzio
       West Palm Beach, FL
       Address of record

       Counsel of Record