UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81292-CIV-DIMITROULEAS

JULIUS M. EGGLETON.,

          Magistrate Judge White

    Plaintiff,
vs.

OFFICER JACKSON, et al.,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Motions to Dismiss the amended complaint or strike punitive damages filed by Defendants Conde [DE 87], Walker [DE 89], Byrd [DE 91], Armour [DE 93], and Smith [DE 95] and the Report of Magistrate Judge Patrick A. White, dated January 3, 2011 [DE 122].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  This Court reviews those portions of a magistrate judge's that are not specifically objected to for clear error.  AXA Equitable Life Ins. Co. v. Infinity Fin. Group, LLC, 608 F. Supp. 2d 1330, 1332 (S.D. Fla. 2009); see Macort v. Prem, Inc., 208 Fed. Appx. 781, 784 (11th Cir. 2006) ("Most circuits agree that in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (quotations omitted)).

The Plaintiff filed an amended complaint in which he seeks punitive damages. The Defendants argue that the Plaintiff failed to seek these damages in his initial prayer for relief and that he has not demonstrated that he is entitled to these damages. The Magistrate Judge found that, at this early stage of the proceedings, it cannot be determined whether the Plaintiff will be successful in his suit, and whether he is entitled to punitive damages. The Magistrate Judge recommended that the Defendants' motions to strike the Plaintiff's claims for punitive damages be denied without prejudice to renew at a later date. The Court agrees that the motions to strike should be denied without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report of the Magistrate Judge [DE 122] is hereby **ADOPTED**;

2. Defendants' motions to strike the Plaintiff's claims for punitive damages [DE's 87, 89, 91, 93 and 95] are hereby **DENIED without prejudice** to renew at a later date;

3. The case remains referred to Judge White.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Julius M. Eggleton, pro se
South Bay Correctional Facility
PO Box 7171
South Bay, FL 33493