UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81292-CIV-DIMITROULEAS

JULIUS M. EGGLETON.,

        Magistrate Judge White

    Plaintiff,

vs.

OFFICER JACKSON, et al.,

    Defendant.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report of Magistrate Judge Patrick A. White, dated January 12, 2011 [DE 125].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  This Court reviews those portions of a magistrate judge's that are not specifically objected to for clear error.  AXA Equitable Life Ins. Co. v. Infinity Fin. Group, LLC, 608 F. Supp. 2d 1330, 1332 (S.D. Fla. 2009); see Macort v. Prem, Inc., 208 Fed. Appx. 781, 784 (11th Cir. 2006) ("Most circuits agree that in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (quotations omitted)).

The Plaintiff filed a pro se amended complaint seeking punitive damages, wherein he alleged a claim of excessive force, and possibly a false arrest claim. [DE 50].  Defendant Jackson filed a motion for summary judgment and a motion to strike the punitive damages claim.  The

Magistrate Judge recommended that Defendant Jackson's motions be granted. The Magistrate Judge also recommended that the complaint be dismissed against Defendants Bines, City of Riviera Beach, Florida and City of Riviera Beach Police Department, Chief of Police. Additionally, the Magistrate Judge recommended that Plaintiff's motion for appointment of counsel be denied, as this case is not so unusual that the appointment of counsel is necessary. The Court agrees.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report of the Magistrate Judge [DE 125] is hereby **ADOPTED**;

2. The complaint against Defendant Bines, who could not be served with process, is hereby **DISMISSED** pursuant to Fed.R.Civ.P. 4(m);

3. The Defendants City of Riviera Beach, Florida and City of Riviera Beach Police Department, Chief of Police are hereby **DISMISSED** as parties to this action;

4. The Plaintiff's motion for appointment of counsel [DE 50 at 8] is hereby **DENIED**;

5. Plaintiff's claim for false arrest is hereby **DISMISSED** as barred pursuant to Heck v. Humphrey, 512 U.S. 477 (1994);

6. Plaintiff's new claim of malicious prosecution [DE 69 at 1-3] is precluded from being raised for the first time in response to the Defendant's motion for summary judgment.

7. Defendant Jackson's motion for summary judgment [DE 52] is hereby **GRANTED**;

8. The motion to dismiss or strike Plaintiff's punitive damages [DE 60] is hereby **GRANTED**;

9. This case shall remain pending as to all other Defendants;

10. The case remains referred to Judge White.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of February, 2011.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Julius M. Eggleton, pro se
South Bay Correctional Facility
PO Box 7171
South Bay, FL 33493