UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81292-CIV-DIMITROULEAS

JULIUS M. EGGLETON.,

        Magistrate Judge White

    Plaintiff,
vs.

OFFICER JACKSON, et al.,

    Defendant.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report of Magistrate Judge Patrick A. White, dated May 2, 2011 [DE 136]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). This Court reviews those portions of a magistrate judge's that are not specifically objected to for clear error. AXA Equitable Life Ins. Co. v. Infinity Fin. Group, LLC, 608 F. Supp. 2d 1330, 1332 (S.D. Fla. 2009); see Macort v. Prem, Inc., 208 Fed. Appx. 781, 784 (11th Cir. 2006) ("Most circuits agree that in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (quotations omitted)).

The Plaintiff filed a pro se amended complaint seeking punitive damages, wherein he alleged claims of excessive force, failure to intervene, and false arrest. [DE 50]. Defendants

Smith, Byrd, Armour, Walker, and Conde filed motions for summary judgment. [DE's 106, 107, 108, 109, 110].  The Magistrate Judge recommended that Defendants' motions be granted, concluding that the officers are entitled to qualified immunity since they did not violate Plaintiff's clearly established rights.  The Court agrees.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report of the Magistrate Judge [DE 125] is hereby **ADOPTED**;

2. Defendants Smith, Byrd, Armour, Walker, and Conde's motions for summary judgment  [DE's 106, 107, 108, 109, 110] are hereby **GRANTED**;

3. Pursuant to Federal Rule of Civil Procedure 58(a), the Court shall enter a separate final judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of May, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Julius M. Eggleton, pro se
South Bay Correctional Facility
PO Box 7171
South Bay, FL 33493